IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABAN ABIEL,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>JONES et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:22-cv-1657-CKD<br><br>**ORDER** |

After reviewing Defendant's Request to Opt Out of Court's Post Screening ADR Project and Request for Responsive Pleading Deadline, the Court finds good cause to grant the request.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to opt out (ECF No. 18) is GRANTED;

2. The stay of this action is LIFTED; and

3. Defendant is ordered to file a responsive pleading within thirty (30) days of the issuance of this order.

Dated:  September 13, 2023

_[signature]_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE