UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABAN ABIEL,<br><br>            Plaintiff,<br><br>    v.<br><br>R. JONES, et al.,<br><br>            Defendants. | No. 2:22-cv-01657-CKD P<br><br><br>ORDER |

      Plaintiff is a state prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. Defendant Jones is a Correctional Officer at Folsom State Prison. Plaintiff has filed a motion asking that the court conduct an in camera review of defendant Jones's personnel file. Plaintiff has failed to point to anything suggesting the court has the authority to do this. Typically, if a plaintiff has a good faith belief a defendant's personnel file may lead to the discovery of admissible evidence, the plaintiff would seek the file in discovery. See Fed. R. Civ. P. 26(b). The court has no authority to circumvent the discovery process and simply order defendant to submit documents to the court for the court to make a determination as to whether the information is discoverable.

/////

/////

/////

1

For all the foregoing reasons, IT IS HEREBY ORDERED that plaintiff's December 1, 2023, "Motion for In Camera Review" (ECF No. 22) is denied.

Dated: January 8, 2024

                                      CAROLYN K. DELANEY
                                      UNITED STATES MAGISTRATE JUDGE

1
abie1657.icr