UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABAN ABIEL,<br><br>    Plaintiff,<br><br>    v.<br><br>R. JONES, et al.,<br><br>    Defendants. | No. 2:22-cv-1657 CKD P<br><br><br>ORDER |

On May 28, 2024, defendant Jones filed a motion for summary judgment. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file an opposition to the motion for summary judgment or a statement of non-opposition. Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Dated: July 1, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
abiel1657.46osc