UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABAN ABIEL, | No. 2:22-cv-1657 CKD P |
| Plaintiff, | |
| v. | ORDER |
| R. JONES, et al., | |
| Defendants. | |

Plaintiff has requested an extension of time within which to file an opposition to defendant Jones's motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time (ECF No. 26) is granted;

2. Plaintiff's opposition to defendant Jones's motion for summary judgment is due August 31, 2024; and

3. Failure to file an opposition by that date will result in a recommendation that this action be dismissed under Federal Rule of Civil Procedure 41(b).

Dated: July 17, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1abiel1657.ext