UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABAN ABIEL,

          Plaintiff,

   v.

R. JONES, et al.,

          Defendants.

No.  2:22-cv-1657 CKD P

ORDER

Plaintiff has filed his second request for an extension of time to file an opposition to defendant Jones's motion for summary judgment.  Good cause appearing, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion for an extension of time (ECF No. 28) is granted; and

2.  Plaintiff is granted until October 11, 2024, to file an opposition to the pending motion for summary judgment.  Failure to file an opposition by that date will result in a recommendation that this action be dismissed.

Dated:  September 17, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
abie1657.36sec