UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABAN ABIEL,<br><br>    Plaintiff,<br><br>    v.<br><br>R. JONES, et al.,<br><br>    Defendants. | No.  2:22-cv-1657 DC CKD P<br><br><br>ORDER |

    Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed (ECF No. 35).  Good cause appearing, IT IS HEREBY ORDERED that defendants notify this court within seven days whether they have any objection to the dismissal of this action.  Should defendants fail to respond, plaintiff's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

Dated:  January 27, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
abie1657.59a